COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

                                                                              )

                                                                              )

                                                                              )

                                                                              )                No.  08-05-00060-CV

                                                                              )

IN RE:  EDWARD O. BUFKIN, JR.                    )        AN ORIGINAL PROCEEDING

                                                                              )

                                                                              )                 IN MANDAMUS

                                                                              )

                                                                              )

                                                                              )

 

 

OPINION
ON PETITION FOR WRIT OF MANDAMUS

 

Relator, Edward O. Bufkin, Jr.,
asks this Court to issue a writ of mandamus against Respondent, the Honorable Marilea Lewis, Judge of the 330th
District Court of Dallas County.  Relator also seeks an order staying proceedings in the
underlying case.  The motion for
emergency relief and the petition for writ of mandamus are denied.  See Tex.R.App.P. 52.7(a), 52.8(a).  Our denial of the petition shall not be
construed as a ruling on the merits.

 

 

                                                              
                   

February
10, 2005

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.